IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Redfern,<br><br>　　　　Plaintiff,<br>vs.<br><br>Diamond Resorts Management Incorporated,<br><br>　　　　Defendant. | No. CV-19-02433-PHX-SPL<br><br>**ORDER** |

Having reviewed the Notice of Voluntary Dismissal (Doc. 15),

**IT IS ORDERED** that the above-captioned matter is **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 20th day of June, 2019.

　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　United States District Judge